UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEIRON MARQUITT ELIAS,

Plaintiff,

v.

HUBBARD, et al.,

Defendants.

No. 2:26-cv-01711-DC-AC (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 2, 4)

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 8, 2026, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 4. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 4) are ADOPTED;
2. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is DENIED as moot;

2. This action is dismissed without prejudice as duplicative of *Elias v. Hubbard*, No. 2:26-cv-01470 CSK (E.D. Cal.); and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 21, 2026**

Dena Coggins
United States District Judge